

# MEMORANDUM OPINION

No. 04-10-00697-CR

**IN RE** Vicente **REYES**

Original Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Marialyn Barnard, Justice

Delivered and Filed: October 13, 2010

PETITION FOR WRIT OF CORAM NOBIS DENIED

On September 23, 2010, relator filed an "Original Petition for a Writ of Error Coram Nobis." This court has determined that relator is not entitled to the relief sought because the common law writ of coram nobis is not recognized in Texas. *See Ex parte Massey*, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952). Accordingly, the petition is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2006-CR-6988, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Sharon MacRae presiding.